# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-mj-309 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| vs. | |
| FRANKLIN PRINTUP, | |
| Defendant. | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3).  Defendant herein was arrested in this District on a warrant issued upon alleged violations of supervised release in the United States District Court, Eastern District of Kentucky, in Case No. 5:16-cr-54.  Defendant appeared in Court on July 6, 2020, and after being advised of his rights, waived his right to an identity hearing.  Defendant requested that a preliminary hearing be held in the Eastern District of Kentucky.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Eastern District of Kentucky for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

<u>July 6, 2020</u>                                                       <u>*s/Sharon L. Ovington*                    </u>
                                                                         Sharon L. Ovington
                                                                         United States Magistrate Judge